1 | JOSEPH T. MCNALLY
Acting United States Attorney
2 | LINDSEY GREER DOTSON
Assistant United States Attorney
3 | Chief, Criminal Division
BENEDETTO L. BALDING (Cal. Bar No. 244508)
4 | ALEXANDER B. SCHWAB (Cal. Bar No. 283421)
Assistant United States Attorneys
5 | Corporate and Securities Fraud Strike Force
1400/1100 United States Courthouse
6 | 312 North Spring Street
Los Angeles, California 90012
7 | Telephone: (213) 894-2274/1259
Facsimile: (213) 894-0141
8 | E-mail:    benedetto.balding@usdoj.gov
alexander.schwab@usdoj.gov
9 |
Attorneys for Plaintiff
10 | UNITED STATES OF AMERICA

11 |                UNITED STATES DISTRICT COURT

12 |            FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 | UNITED STATES OF AMERICA,            No. CR 22-267-MEMF-1, 2

14 |            Plaintiff,               STIPULATION REGARDING JESUS PEREZ
                                        ALVEAR
15 |            v.
                                        Trial Date: March 17, 2025
16 | DEL ENTERTAINMENT, INC., et al.,    Trial Time: 8:30 a.m.
     (1)  DEL ENTERTAINMENT, INC.,      Location:   Courtroom of the Hon.
17 | (2)  JOSE ANGEL DEL VILLAR,         Maame Ewusi-Mensah Frimpong

18 |            Defendants.

19 |

20 |      Plaintiff United States of America, by and through its counsel

21 | of record, the Acting United States Attorney for the Central District

22 | of California and Assistant United States Attorneys Benedetto L.

23 | Balding and Alexander B. Schwab; defendant Del Entertainment, Inc.,

24 | by and through its counsel of record Shawn Holley and Kate Mangels;

25 | and defendant Jose Angel Del Villar, both individually and by and

26 | through his counsel of record Drew Findling, Marissa Goldberg, and

27 | Zack Kelehear hereby agree and stipulate as follows:

28 |

1     The parties stipulate and agree that Jesus Perez Alvear, also

2  known as "Chucho," is deceased.  Mr. Perez Alvear was alive

3  during the time period contained within the Indictment.

4  //

5  //

1    This Stipulation is admissible into evidence for all purposes.

2

3    IT IS SO STIPULATED.

4    Dated: March 21, 2025              Respectfully submitted,

5                                      JOSEPH T. MCNALLY
                                       Acting United States Attorney
6

7                                      LINDSEY GREER DOTSON
                                       Assistant United States Attorney
8                                      Chief, Criminal Division

9                                      _____

10                                     BENEDETTO L. BALDING
                                       ALEXANDER B. SCHWAB
11                                     Assistant United States Attorneys

12                                     Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA
13

14                                     _____
                                       SHAWN HOLLEY
15                                     KATE MANGELS
                                       Counsel for Defendant
16                                     DEL ENTERTAINMENT, INC.

17

18                                     _____
                                       JOSE ANGEL DEL VILLAR
19

20

21                                     _____
                                       DREW FINDLING
22                                     MARISSA GOLDBERG
                                       ZACK KELEHEAR
23                                     Counsel for Defendant
                                       JOSE ANGEL DEL VILLAR

24

25

26

27

28

3